# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-503
LT Case No. 2018-CF-012187

_____

REGINALD D. DAVIS,

    Appellant,

       v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Reginald D. Davis, East Palatka, pro se.

Ashley Moody, Attorney General, and Zachary Lawton,
Assistant Attorney General, Tallahassee, for Appellee.

October 31, 2023

PER CURIAM.

    AFFIRMED.

WALLIS, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____